**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
Email: kbc@cjmlv.com
WESLEY J. SMITH, ESQ.
Nevada Bar No. 11871
Email: wes@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| GLAZING HEALTH AND WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PEREGRINE INSTALLATION, CO., an Indiana corporation; JOHN DOES I-X, inclusive; ROE ENTITIES I-X, inclusive; BOE BONDING COMPANIES I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:10-cv-00752-GMN-LRL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Date: N/A <br> Time: N/A |

The Plaintiffs Glaziers Joint Trust Funds and Painters Joint Trust Funds ("Plaintiffs" or "Trusts"), by and through their attorneys, Christensen James & Martin, and Defendant Peregrine Installation Co. ("Peregrine"), by and through its attorneys, Shumway Van & Hansen, Chtd., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby Stipulate and Agree, and request the Court's Order, as follows:

1. The Plaintiffs have settled all claims asserted and have no remaining claims in this Case.

2. No other defendant has filed an Answer, other responsive pleading or motion for summary judgment.

3. Therefore, dismissal of the Complaint with prejudice is appropriate at this time.

///

///

4. Each party shall bear its own attorney's fees, court costs and expenses incurred herein.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN | SHUMWAY VAN & HANSEN, CHTD. |
| By: /s/ Wesley J. Smith <br> Wesley J. Smith, Esq. <br> Nevada Bar No. 11871 <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiffs* | By: /s/ Michael Van <br> Michael Van, Esq. <br> Nevada Bar No. 3876 <br> 8985 South Eastern Avenue, Suite 100 <br> Las Vegas, NV 89123 <br> *Attorneys for Defendants* |
| Dated: May 11, 2011 | Dated: May 11, 2011 |

### ORDER

Pursuant to the foregoing Stipulation of the Parties and good cause appearing therefor, It Is Hereby Ordered that:

1. The Complaint is dismissed with prejudice.

2. Each party shall bear its own attorney's fees, court costs and expenses incurred herein.

**DATED and DONE** this 12th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:
CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley J. Smith
    Wesley J. Smith, Esq.
    *Attorneys for Plaintiffs*